HINES *v.* THE STATE.

HILL, C. J.  1. The verdict being fully warranted by the evidence, and no error of law complained of, the judgment of the superior court in refusing the writ of certiorari will not be disturbed.

2. Assignments of error not presented in the brief or argument will be considered as abandoned.                                     *Judgment affirmed.*

Certiorari, from Liberty superior court—Judge Seabrook. April 18, 1907.

Submitted June 17,—Decided July 25, 1907.

*O'Connor, O'Byrne & Hartridge, Donald Fraser,* for plaintiff in error.  *N. J. Norman, solicitor-general,* contra.